IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**TIMOTHY DAVID SMITH,**

    Plaintiff, Counter Defendant, Cross
Claimant, Third Party Defendant,
Cross Defendant, Counter Claimant,

v.   CIVIL ACTION NO.: 3:18-CV-4
(GROH)

**METROPOLITAN LIFE
INSURANCE COMPANY d/b/a METLIFE,**

    Defendant, Counter Claimant,
Third Party Plaintiff,
Third Party Defendant,

v.

**TEAH PANTELOGLOUS, LARIAH
JACKSON, SHAINA SNYDER,
and CHRYSTAL SNYDER,**

    Third Party Defendants, Cross
Defendants, Third Party Plaintiffs,
Cross Claimant, Counter Defendant

**ORDER GRANTING MOTION TO LIFT STAY,
APPROVE SETTLEMENT, AND FOR OTHER RELIEF**

Now before the Court is the Plaintiffs' Motion to Lift Stay, Approve Settlement and For Other Relief. ECF No. 69. Therein, the parties request that the Court approve the settlement agreement between the parties, direct the Clerk of Court to pay the

proceeds of the Metropolitan Life Insurance Policy to the Trust Account of the Law Office of F. Samuel Byrer, PLCC, and dismiss this action with prejudice. ECF No. 69 at 2-3.

Upon review of the settlement agreement and finding that the parties have settled all disputes among themselves, the Court hereby **GRANTS** the Plaintiffs' motion. ECF No. 69. The Clerk of Court is **DIRECTED** to distribute the Registry Funds, in the amount of $103,082.00 plus any applicable interest, to the Trust Account of the Law Office of F. Samuel Byrer, PLLC, at P.O. Box 597, 202 West Liberty Street, Charles Town, West Virginia 25414. Mr. Byrer is **DIRECTED** to pay and disburse the funds in accordance with the settlement agreement. ECF No. 69-1. Finally, the Court **ORDERS** that this action be **DISMISSED WITH PREJUDICE** and that all pending motions be **TERMINATED AS MOOT**. The Clerk is **DIRECTED** to strike this matter from the Court's active docket.

The Clerk is further **DIRECTED** to transmit copies of this Order to all counsel of record herein. The Clerk is **DIRECTED** to mail a copy of this Order to the *pro se* Plaintiff at:

> Timothy D. Smith
> 158 Shady Tree Lane
> Hedgesville, WV 25427

by certified mail, return receipt requested. Plaintiffs' counsel is **DIRECTED** to provide a copy of this Order to Mr. David Burton, the executor of the Estate of Timothy David Smith.

**DATED:** May 6, 2019

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE