Case 3:18-cv-00004-GMG    Document 71    Filed 05/31/19    Page 1 of 1 PageID #: 605

